66 So.2d 848

## Reese TIDWELL v. STATE.

### 2 Div. 326.

Supreme Court of Alabama.
Aug. 11, 1953.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for petitioner.

Judson C. Locke, Marion, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tidwell v. State, 66 So.2d 845.

Writ denied.

LIVINGSTON, C. J., and LAWSON, GOODWYN and MERRILL, JJ., concur.

66 So.2d 762

## Ex parte Ada W. ZEPERNICK, as Ex'r'x.

### 1 Div. 536.

Supreme Court of Alabama.
June 18, 1953.

Rehearing Denied Aug. 11, 1953.

Vickers & Thornton, Mobile, for petitioner.

Earle L. Wingo, Hattiesburg, Miss., and Harry Seale, Mobile, for respondent.

STAKELY, Justice.

On the authority of the decision in the case of Ex parte Zepernick,[1] 66 So.2d 757, the writ of prohibition or other remedial writ prayed for is denied.

Writ of prohibition denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

1. Post, p. 493.